In re:                                                                                Case No. 19-01557-RNO
Tara A Blaine                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: CourtneyG          Page 1 of 2             Date Rcvd: May 15, 2019
                           Form ID: ntcnfhrg        Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
db             +Tara A Blaine,    53 Debbie Drive,    Jefferson Township, PA 18436-3270
5185660        +Abington Dental Ctr,    242 Noble Road,    South Abington Township PA 18411-9484
5185661       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: AT&T Direct TV,     PO Box 9001069,    Louisville KY 40290)
5185664        +First Premier Bank,    3820 N Louise Avenue,    Sioux Falls SD 57107-0145
5185667         IC System Inc,    PO Box 64378,    St. Paul, MN 55164-0378
5185668        +Jack Williams Tire,    700 Rocky Glen Road,    Avoca PA 18641-9529
5185669        +NETFederal Credit Union,    119 Mulberry Street,    Scranton, PA 18503-1207
5185672         Suburban Propane,    240 Route 10 West,    P.O. Box 206,    Whippany, NJ 07981-0206
5185673        +Timothy Blaine,    53 Debbie Drive,    Jefferson Township PA 18436-3270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 19:46:24
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5185666         E-mail/Text: ebnbankruptcy@ahm.honda.com May 15 2019 19:17:56     Honda Financial Services,
                PO Box 7829,    Philadelphia PA 19101-7829
5192299         E-mail/Text: ebnbankruptcy@ahm.honda.com May 15 2019 19:17:56
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
5185662        +E-mail/Text: bankruptcy@usecapital.com May 15 2019 19:18:10     Capital Accounts LLC,
                PO Box 140065,    Nashville, TN 37214-0065
5185663        +E-mail/PDF: creditonebknotifications@resurgent.com May 15 2019 19:24:31     Credit One Bank,
                PO Box 98872,    Las Vegas NV 89193-8872
5185665         E-mail/Text: bankruptcy@glsllc.com May 15 2019 19:17:28     Global Lending Services,
                PO Box 10437,    Greenville, SC 29603
5196733         E-mail/Text: bankruptcy@glsllc.com May 15 2019 19:17:28     Global Lending Services LLC,
                1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
5185757        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 19:25:26     Orion,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5185670         E-mail/Text: blegal@phfa.org May 15 2019 19:17:52     PA Housing Finance Agency,
                2101 N Front Street,    Harrisburg PA 17110-1086
5192436        +E-mail/Text: blegal@phfa.org May 15 2019 19:17:52     Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
5185671        +E-mail/Text: joe.papagno@smscollects.com May 15 2019 19:18:04     Source Recovery Services,
                PO Box 486,    Mt Laurel, NJ 08054-0486
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
5185674       ##+Trident Asset Management,    53 Perimeter Center East Suite 440,    Atlanta GA 30346-2230
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: CourtneyG           Page 2 of 2           Date Rcvd: May 15, 2019
                               Form ID: ntcnfhrg         Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        John   Fisher    on behalf of Debtor 1 Tara A Blaine johnvfisher@yahoo.com, fisherlawoffice@yahoo.com
        Leon P Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                   TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Tara A Blaine,
 aka Tara A Delmore,

Chapter 13

**Debtor 1**

Case No.   5:19–bk–01557–RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **June 19, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: June 26, 2019  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyGabriel, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 15, 2019 |

ntcnfhrg (03/18)