# LOCAL BANKRUTPCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TARA A. BLAINE | : | BANKRUPTCY NO. 5-19-bk-01557-RNO |
| Debtors | : | ADVERSARY NO. (if applicable) |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : | |
| Plaintiff(s)/Movants(s) | : | Nature of Proceeding: Motion to Obtain Relief From Stay |
| vs. | : | |
| TARA A. BLAINE and CHARLES J. DEHART, III, Trustee | : | Pleading: Motion to Obtain Relief From Stay |
| Defendant(s)/Respondent(s) | : | Document #: 29 |

## REQUEST TO REMOVE FROM HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

**X** The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed (please check only one).

  **X** Thirty (30) days.

  ☐ Forty-five (45) days.

  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: ___9/4/2019___          /s/Leon P. Haller_____
                     Attorney for Movant_____

*No alterations or interlineations of this document are permitted.

**Revised** 12/19/05