UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

TARA A. BLAINE

    Debtor

PENNSYLVANIA HOUSING
FINANCE AGENCY
    Movant

vs.

TARA A. BLAINE and
CHARLES J. DEHART, III, Trustee

    Respondents

: BANKRUPTCY NO. 5-19-01557-RNO

: CHAPTER 13

## CONSENT OF TRUSTEE

I, Charles J. DeHart, III, Chapter 13 Trustee in the above case, have no objection to entry of a Court Order approving the terms of the Stipulation between Movant and Debtor.

for    Charles J. DeHart, Esquire
Suite A
8125 Adams Drive
Hummelstown, PA 17036

Dated: 9/12/19