```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01557-RNO
Tara A Blaine                                                       Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: JGoodling       Page 1 of 1         Date Rcvd: Sep 26, 2019
                          Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
           +Barbara A Delmore,    53 Debbie Drive,   Jefferson Township PA 18436-3270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Global Lending Services, LLC bkgroup@kmllawgroup.com
              John Fisher    on behalf of Debtor 1 Tara A Blaine johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Leon P Haller    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>TARA A. BLAINE<br>**Debtor(s)** | Case No.: 5:19-01557 (RNO) |
| AMERICAN HONDA FINANCE<br>CORPORATION d/b/a HONDA FINANCIAL<br>SERVICES, ADMINISTRATOR FOR<br>HONDA LEASE TRUST<br>**Movant** | Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362 |
| v. | 11 U.S.C. 1301 |
| TARA A. BLAINE<br>  BARBARA A. DELMORE<br>**Respondent(s)** | |
| CHARLES J. DEHART, III<br>**Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between American Honda Finance Corporation and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about September 25, 2019 in the above matter is APPROVED, and hereby made an Order of this Court.

Dated: September 26, 2019

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (DG)