```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01557-RNO
Tara A Blaine                                                       Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: JoanGoodl          Page 1 of 1         Date Rcvd: Jan 03, 2020
                          Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2020.
              +Barbara Delmore,    53 Debbie Drive,    Jefferson Township PA 18436-3270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Global Lending Services, LLC bkgroup@kmllawgroup.com
              John   Fisher    on behalf of Debtor 1 Tara A Blaine johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Leon P Haller    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>TARA A. BLAINE<br>  **Debtor(s)**<br><br>AMERICAN HONDA FINANCE CORPORATION<br>d/b/a HONDA FINANCIAL SERVICES,<br>ADMINISTRATOR FOR HONDA LEASE TRUST<br>  **Movant**<br><br>  v.<br><br>TARA A. BLAINE<br>  BARBARA A. DELMORE<br>  **Respondent(s)**<br><br>CHARLES J. DEHART, III<br>  **Trustee** | Case No.: 5:19-01557 (RNO)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362<br><br>11 U.S.C. 1301 |

**ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY
AS TO PERSONAL PROPERTY**

    Upon the Certificate Of Default filed by American Honda Finance Corporation, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code 1301 are vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2019 Honda CR-V** bearing vehicle identification number 2HKRW6H35KH210560 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:   January 3, 2020          By the Court,

                                                                 Robert N. Opel, II, Bankruptcy Judge (BI)