| | |
|---|---|
| In re: | Case No. 19-01557-MJC |
| Tara A Blaine | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 04, 2022 | Form ID: ntsempas | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5185673 | + Timothy Blaine, 53 Debbie Drive, Jefferson Township PA 18436-3270 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Debtor 1 Tara A Blaine zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor Jefferson Township Sewer Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| John Fisher | on behalf of Debtor 1 Tara A Blaine johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Keri P Ebeck | on behalf of Creditor Global Lending Services LLC kebeck@bernsteinlaw.com, |

jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Leon P Haller

on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services Administrator For Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tara A Blaine
aka Tara A Delmore

**Debtor 1**

**Debtor(s)**

Chapter: 13

Case number: 5:19−bk−01557−MJC

Document Number: 85

Matter: Motion to Reconsider Order

GLOBAL LENDING SERVICES, LLC
**Movant(s)**

vs.

TARA A. BLAINE
TIMOTHY ALLEN BLAINE
JACK ZAHAROPOULOS, Trustee
**Respondent(s)**

## Amended Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on April 13, 2019.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 1/20/22** **Time: 09:30 AM** |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **January 18, 2022**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: KarenDavis, Deputy Clerk

| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 4, 2022 |

ntsempas(05/18)