**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: TARA A BLAINE
AKA: TARA A DELMORE  CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-19-01557-MJC

TARA A BLAINE
AKA: TARA A DELMORE

Respondent(s)

## **CERTIFICATION OF DEFAULT**

AND NOW on October 19, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 19, 2022, the Debtor(s) is/are $2,728.00 in arrears with a plan payment having last been made on Apr 29, 2022.

In accordance with said stipulation, the case may be dismissed.

Respectfully Submitted,
/s/ Agatha R. McHale, Esquire
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 19, 2022

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TARA A BLAINE
       AKA: TARA A DELMORE            CHAPTER 13

       Debtor(s)

       JACK N. ZAHAROPOULOS
       CHAPTER 13 TRUSTEE
         Movant

CASE NO: 5-19-01557-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 19, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

JOHN FISHER                              SERVED ELECTRONICALLY
126 SOUTH MAIN STREET
PITTSTON, PA 18640-

TARA A BLAINE
53 DEBBIE DRIVE                           SERVED BY 1ST CLASS MAIL
JEFFERSON TOWNSHIP, PA 18436

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101                     SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2022

                                                  /s/ Matt Arcuri
                                                  Suite A, 8125 Adams Dr.
                                                  Hummelstown, PA 17036
                                                  Phone: (717) 566-6097
                                                  eMail: info@pamd13trustee.com