In re:                                                    Case No. 19-01557-MJC

Tara A Blaine                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                      User: AutoDocke                                   Page 1 of 3
Date Rcvd: Oct 24, 2022                                Form ID: pdf010                                 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tara A Blaine, 53 Debbie Drive, Jefferson Township, PA 18436-3270 |
| 5185660 | + | Abington Dental Ctr, 242 Noble Road, South Abington Township PA 18411-9484 |
| 5185668 | + | Jack Williams Tire, 700 Rocky Glen Road, Avoca PA 18641-9529 |
| 5288673 | + | Jefferson Township Sewer Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5288674 | + | Jefferson Township Sewer Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5185669 | + | NETFederal Credit Union, 119 Mulberry Street, Scranton, PA 18503-1207 |
| 5185673 | + | Timothy Blaine, 53 Debbie Drive, Jefferson Township PA 18436-3270 |
| 5185674 | + | Trident Asset Management, 53 Perimeter Center East Suite 440, Atlanta GA 30346-2230 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 24 2022 18:38:00 | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane, #200, Irving, TX 75063-2912 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 24 2022 18:38:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5185666 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 24 2022 18:38:00 | Honda Financial Services, PO Box 7829, Philadelphia PA 19101-7829 |
| 5192299 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 24 2022 18:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5210256 | | Email/Text: bnc@atlasacq.com | Oct 24 2022 18:37:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 5185662 | + | Email/Text: bankruptcy@usecapital.com | Oct 24 2022 18:38:00 | Capital Accounts LLC, PO Box 140065, Nashville, TN 37214-0065 |
| 5185663 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 24 2022 18:38:23 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 5185661 | | Email/Text: G06041@att.com | Oct 24 2022 18:38:00 | AT&T Direct TV, PO Box 9001069, Louisville KY 40290 |
| 5185664 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 24 2022 18:38:16 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls SD 57107-0145 |
| 5185665 | | Email/Text: bankruptcy@glsllc.com | Oct 24 2022 18:37:00 | Global Lending Services, PO Box 10437, Greenville, SC 29603 |
| 5196733 | | Email/Text: bankruptcy@glsllc.com | Oct 24 2022 18:37:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 5185667 | | Email/Text: Bankruptcy@ICSystem.com | Oct 24 2022 18:37:00 | IC System Inc, PO Box 64378, St. Paul, MN 55164-0378 |
| 5185757 | + | Email/PDF: rmscedi@recoverycorp.com | | |

| Recip ID | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|
| | | Oct 24 2022 18:38:23 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5185670 | Email/Text: blegal@phfa.org | Oct 24 2022 18:38:00 | PA Housing Finance Agency, 2101 N Front Street, Harrisburg PA 17110-1086 |
| 5192436 | + Email/Text: blegal@phfa.org | Oct 24 2022 18:38:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5202141 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 24 2022 18:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5185672 | Email/Text: _Credit&Collections@suburbanpropane.com | Oct 24 2022 18:37:00 | Suburban Propane, 240 Route 10 West, P.O. Box 206, Whippany, NJ 07981-0206 |
| 5185671 | + Email/Text: joe.papagno@smscollects.com | Oct 24 2022 18:38:00 | Source Recovery Services, PO Box 486, Mt Laurel, NJ 08054-0486 |
| 5208872 | Email/PDF: ebn_ais@aisinfo.com | Oct 24 2022 18:38:27 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Jefferson Township Sewer Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5341331 | *P++ | GLOBAL LENDING SERVICES LLC, 1200 BROOKFIELD BLVD STE 300, GREENVILLE SC 29607-6583, address filed with court:, Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2022  Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Debtor 1 Tara A Blaine zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com |
| James Randolph Wood | |

| | |
|---|---|
| | on behalf of Creditor Jefferson Township Sewer Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| John Fisher | |
| | on behalf of Debtor 1 Tara A Blaine johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Keri P Ebeck | |
| | on behalf of Creditor Global Lending Services LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Leon P Haller | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services Administrator For Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| TARA A BLAINE<br>AKA: TARA A DELMORE<br><br>                                  Debtor 1 | Chapter:    13<br><br>Case No.:   5-19-bk-01557-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>    vs.                   Movant(s)<br><br>TARA A BLAINE<br>AKA: TARA A DELMORE<br>                         Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 94, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 24, 2022